

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NELSON OMAR RIVERA CASTILLO,

      Petitioner,

v.                                           25-CV-1065 (JLS)

DIRECTOR STEVER KURZDORFER,
in his official capacity as Director of
Buffalo Field Office of U.S. Immigration
and Customs Enforcement,
ASSISTANT DIRECTOR JOSEPH
FREDEN, in his official capacity as
Officer In-Charge, Buffalo Federal
Detention Facility,

      Respondents.

---

*Pro se* Petitioner, Nelson Omar Rivera Castillo, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. Dkt. 1. Petitioner has paid the filing fee.

### ORDER

IT IS HEREBY ORDERED that **by December 8, 2025**, Respondents shall file and serve an answer responding to the allegations in the Petition; and it is further

ORDERED that **by December 8, 2025**, Respondents shall file and serve, in addition to the answer, a memorandum of law addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that **by December 8, 2025**, instead of an answer, Respondents may file a motion to dismiss the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall **by January 2, 2026** file a written response to Respondents' answer or motion to dismiss; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at <u>USANYW-Immigration-Habeas@usdoj.gov</u>.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated:   October 24, 2025
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE